MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0674 JSW |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 17, 2012 TO NOVEMBER 2, 2012 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| ERIC JONES, ) | |
| Defendant. ) | |

      The defendant, Eric Jones, represented by Candis Mitchell, Assistant Federal Public Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Joseph C. Spero on October 17, 2012, for a detention hearing. The Court ordered that the defendant be detained pending trial and set the matter over for a status conference before the Honorable Jeffrey S. White on November 2, 2012.

      The parties agreed that time should be excluded under the Speedy Trial Act between October 17, 2012 and November 2, 2012 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct additional

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0674 JSW

1  investigation, and consult with the defendant.  In addition, the defendant agrees to exclude for
2  this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that
3  granting the continuance, is necessary for continuity of defense counsel and effective preparation,
4  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties
5  also agree that the ends of justice served by granting such a continuance outweigh the best
6  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

8  SO STIPULATED:

9                                              MELINDA HAAG
                                               United States Attorney

11 DATED: October 29, 2012                            /S/
                                               CYNTHIA M. FREY
12                                             Assistant United States Attorney

14 DATED: October 29, 2012                            /S/
                                               CANDIS MITCHELL
15                                             Attorney for ERIC JONES

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0674 JSW                              -2-

1    Based upon the representation of counsel and for good cause shown, the Court finds that
2 failing to exclude the time between October 17, 2012 and November 2, 2012 would unreasonably
3 deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
4 for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
5 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
6 between October 17, 2012 and November 2, 2012 from computation under the Speedy Trial Act
7 outweigh the best interests of the public and the defendant in a speedy trial.

9    Therefore, IT IS HEREBY ORDERED that the time between October 17, 2012 and
10 November 2, 2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
11 §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

14 DATED:  11/02/12                          HON_____SPERO
15                                            United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 12-0674 JSW                    -3-